```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**LARRY O. CAMPBELL**                                              **PLAINTIFF**

**v.**                         **Civil No. 09-3074**

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security**                                **DEFENDANT**


                              **O R D E R**

Now on this 3rd day of May, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 15), to which no objections have been filed.  The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 15) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 15), the decision of the ALJ is hereby **AFFIRMED** and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE